**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CARL MICKLES DONLEY, III**                                                        **PLAINTIFF**
**ADC #136226**

**v.**                                              **Case No. 4:24-cv-00160-KGB**

**TURN KEY MEDICAL SERVICE,** *et al.*                                      **DEFENDANTS**

**<u>ORDER</u>**

Plaintiff Carl Mickles Donley, III, an inmate at the Pulaski County Detention Facility, filed a *pro se* complaint on February 22, 2024 (Dkt. No. 2) and an incomplete motion for leave to proceed *in forma pauperis* (Dkt. Nos. 1, 2). On February 28, 2024, the Court directed Mr. Donley either to: (1) pay the $405.00 filing fee in full or (2) file a properly completed application to proceed *in forma pauperis* (Dkt. No. 4). Mr. Donley was advised that, if he failed to do so timely, it may result in dismissal of his case without prejudice. Local Rule 5.5(c)(2) of the Eastern and Western Districts of Arkansas ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.").

In August 2024, the Court sent mail to Mr. Donley at the Pulaski County Detention Facility, which is his last known address (Dkt. No. 24). The mail was returned undelivered because Mr. Donley was no longer in that facility (Doc. 25). On August 20, 2024, Judge Volpe entered an Order giving Mr. Donley 30 days to update his mailing address and his *in forma pauperis* application (Doc. 26). The Order cautioned Mr. Donley that Judge Volpe would recommend dismissal of Mr. Donley's amended complaint if he did not respond timely (*Id.*). Mr. Donley did not comply with the Court's Order.

On October 2, 2024, Judge Volpe issued the Recommended Disposition now before the Court recommending dismissal of the amended complaint without prejudice due to Mr. Donley's

lack of prosecution (Dkt. No. 29). The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 29). Mr. Donley has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Mr. Donley's amended complaint for failure to maintain a current mailing address with the Clerk as required by Local Rule 5.5.(c)(2) and failure to comply with Judge Volpe's August 20, 2024, Order (Dkt. Nos. 10; 26).

Accordingly, the amended complaint is dismissed without prejudice (Dkt. No. 10). The Court denies as moot the pending partial recommended dispositions (Dkt. Nos. 11, 24). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so ordered this the 15th day of June, 2026.

_Kristine G. Baker_
Kristine G. Baker
Chief United States District Judge