### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CARL MICKLES DONLEY, III**                                                            **PLAINTIFF**
**ADC #136226**

**v.**                                            **Case No. 4:24-cv-00160-KGB**

**TURN KEY MEDICAL SERVICE,** *et al.*                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Carl Mickles Donley, III's amended complaint is dismissed without prejudice (Dkt. No. 10). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this the 15th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge